UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sally Ramirez,<br><br>      Plaintiff,<br><br>  -against-<br><br>City Of New York et al.,<br><br>      Defendants. | 24-CV-1061 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff filed a motion for leave to file a second amended complaint on January 16, 2025 and a motion to extend the time to complete discovery on the same day. Dkts. 45, 48.

  The redlined proposed second amended complaint includes allegations of retaliation and disability-based discrimination that are based on a distinct statutory scheme (the Rehabilitation Act) and set of underlying facts. Plaintiff also seeks to add a new defendant, Darshan Taylor, who she alleges is responsible for the claimed retaliation and disability-based discrimination.

  The Court observes that plaintiff's proposed amendments outline what appears to be a separate case unrelated to the allegations that have already been litigated for almost a year. By **Wednesday, January 22, 2025**, the parties should each submit a letter to the Court (at most 3 pages) explaining their position on how the new allegations relate to the existing case and why (or why not) the new allegations should simply be raised in a new and separate action. The Court will then hold a remote hearing on **Friday, January 24, 2025** at **3:00 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **909 381 120**, followed by the pound (#) sign. Until then, the parties should proceed with discovery, which is currently scheduled to close on February 11, 2025.

  SO ORDERED.

Dated: January 17, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge