

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Bryan Carr Olert**
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-2203
bolert@law.nyc.gov

March 12, 2025

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 11201

    Re: *Sally Ramirez v. The City of New York et al.*
      No. 24-CV-01061 (AS)

Dear District Judge Subramanian:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants write concerning their motion to quash the subpoena of Gordon Kraus-Friedberg, filed March 10, 2025. *See* Dkt. 67. The parties have resolved this dispute. Plaintiff withdrew her subpoena that was the subject of Defendants' motion to quash, and thus Defendants respectfully request to withdraw their motion.

  I thank the Court for considering this request.

           Respectfully submitted,

          /s/

          Bryan Carr Olert
          Assistant Corporation Counsel

Cc: Samuel O. Maduegbuna (by ECF)
   Attorney for Plaintiff

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 67.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 18, 2025