UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
SALLY RAMIREZ,                                  :

        Plaintiffs,                          :
                                    1:24-cv-01061-AS
        v.                                   :

                                             :
CITY OF NEW YORK et al.,

        Defendants.                          :
-------------------------------------------------x

## PROPOSED ORDER – WITHDRAWAL OF COUNSEL

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendant, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated: New York, New York
       April 28, 2025

                                        PADUANO & WEINTRAUB LLP

                                        By: /s/ Bryan C. Olert
                                            Bryan C. Olert
                                        1251 Avenue of the Americas
                                        Ninth Floor

GRANTED. The Clerk of Court is respectfully directed to terminate Bryan C. Olert as counsel on the docket.

                                        New York, New York 10020
                                        (212) 785-9100
                                        bco@pwlawyers.com

SO ORDERED

_____
Judge Arun Subramanian

Date: April 29, 2025