**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SALLY RAMIREZ,

                    Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                 Defendants.
-------------------------------------------------------------------X

**ORDER**

**24-CV-1061 (AS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court held a settlement conference on February 19, 2026.  A settlement was not reached.  Should the Parties wish to schedule a second settlement conference prior to trial, this Court will expedite the scheduling process and reserve the soonest available date to hold a second settlement conference.  The Parties should contact [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide availability.

      SO ORDERED.

DATED:     New York, New York
             February 20, 2026

                                  _Jennifer E. Willis_____
                                JENNIFER E. WILLIS
                               United States Magistrate Judge