UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sally Ramirez, | |
| Plaintiff, | |
| -against- | |
| City of New York et al., | |
| Defendants. | |

24-CV-1061 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

The Court will issue its full preliminary rulings on the pending motions in limine before the final pretrial conference scheduled for April 30. But in the interest of fairness, the defendants should make Anand Sagar available for a deposition before May 6 if they continue to plan to call him. Defendants failed to identify Sagar as an individual who "the disclosing party may use to support its claims or defenses." Fed. R. Civ. P. 26(a)(1)(A). Even though plaintiff's disclosure included Sagar, plaintiff fairly argues that any failure to disclose was not harmless—and that is because plaintiff may have chosen to depose Sagar had counsel known that *defendants* intended to use him to "support [their] claims or defenses." The appropriate remedy for this is to ensure that a deposition occurs before trial, so that plaintiff is not prejudiced by the failure to disclose.

Similarly, plaintiff should make Dr. Scafuri available for a deposition by the same date if he will be testifying at trial in his capacity as a a physician who treated plaintiff. He will not be able to testify as an expert more broadly without a report disclosing his opinions, and plaintiff doesn't appear to contest that.

SO ORDERED.

New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

Dated: April 22, 2026