UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sally Ramirez, | |
| Plaintiff, | 24-CV-1061 (AS) |
| -against- | |
| | ORDER |
| City of New York et al., | |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

At next week's pretrial conference, a person with final decision-making authority (that is, the real "buck stops here" person, whether it be an attorney or budget official) should be present on behalf of each party. Further, the parties should meet and confer in advance of the conference to discuss whether the parties would be amenable to the Court conducting settlement discussions as part of the discussions. Those discussions would include *ex parte*, off the record discussions with each side. If both sides consent, they can so inform the Court at the start of the conference. If they don't mutually consent, then one designated spokesperson may inform the Court that the parties don't consent, **without indicating which party or parties did not consent**.

SO ORDERED.

Dated: April 23, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge